IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLY WIER, an Individual, ) | Case No.: 1:19-cv-07000 |
| ) | |
| Plaintiff, ) | Judge Edmond E. Chang |
| ) | |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| UNITED AIRLINES, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S DISCOVERY PROGRESS REPORT

Pursuant to the Court's Order of July 13, 2020, Defendant United Airlines, Inc.[1] reports on discovery progress as follows:

The parties have exchanged MIDPP discovery answers, documents, and electronically-stored information.

Due to office closures and other precautions related to the COVID-19 pandemic, Defendant needed substantial additional time to respond to Plaintiff's first set of written discovery requests. Plaintiff's requests were issued on April 23, 2020 and responded to by Defendant on August 19, 2020. Plaintiff has not yet raised any concerns about Defendant's responses but expects to send a Local Rule 37.2 letter to Defendant the week of August 24, 2020 and the parties will then attempt to reach an accord regarding Defendant's responses.

Defendant's first written discovery requests were issued on July 17, 2020, and Plaintiff expects to respond the week of August 24, 2020. Defendant was unable to serve third party subpoenas pursuant to the Court's previous order because it has not received a medical

---

[1] The parties attempted to come to an agreement and file a joint report but were unable to do so before the filing deadline.

authorization from Plaintiff. The parties are currently attempting to reach an agreement on the temporal scope of Plaintiff's discoverable medical information. When an agreement is reached Defendant will issue subpoenas for Plaintiff's treaters' medical records.

The parties are in the process of getting depositions scheduled and will file a deposition schedule on September 8, 2020 pursuant to the Court's previous Order.

The parties wish to advise the Court that due to the pandemic-related delay with respect to written discovery, the parties may need to request an extension of the October 6, 2020 discovery deadline, and if so will file a motion before discover closes.

UNITED AIRLINES, INC.


By: */s/ Sean C. Herring*
Attorney for Defendant

Sean C. Herring
Sabreena El-Amin
Jackson Lewis P.C.
150 N. Michigan Ave., Ste. 2500
Chicago, IL 60601
(312) 787-4949
Sean.Herring@jacksonlewis.com
Sabreena.El-Amin@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the foregoing document on the following counsel of record via email on August 24, 2020:

Michael J. Merrick and Karen Doran

/s/ Sabreena El-Amin